UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TING WAI TOM, | ) | NO. CV 10-02407 DDP (SS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ERIC HOLDER, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 6/29/10

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE